

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:　　David Ghazvini v. Toyota Motors Sales, USA, Inc.

Appellate case number:　01-21-00400-CV

Trial court case number:　1153009

Trial court:　　　　　　County Civil Court at Law No. 4 of Harris County

　　　Appellant's motion for rehearing is DENIED.

Judge's signature: /s/ Gordon Goodman
　　　　　　　　　　　　Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Hightower

Date:　August 30, 2022